IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

v.                              Case No. 2:13-CR-20035

THOMAS HAROLD MORGAN                                        DEFENDANT/PETITIONER

## ORDER

Currently before the Court are Defendant Thomas Harold Morgan's motions to vacate his sentence under 28 U.S.C. § 2255 (Doc. 34); to appoint counsel (Doc. 41); and to pursue discovery (Doc. 44). The United States filed a response (Doc. 43) to the motion to vacate. Magistrate Judge James R. Marschewski then filed a report and recommendations (Doc. 45) recommending that all of Morgan's motions be denied. After the report and recommendations were filed, Morgan filed a reply (Doc. 46) to the Government's response to his motion to vacate. Morgan did not file any objections to the report and recommendations.

The Court has conducted a de novo review, and whether Morgan's reply is considered as a reply or instead is construed as objections to the report and recommendations, the Court concludes that the report and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Thomas Harold Morgan's motions to vacate his sentence (Doc. 34), appoint him counsel (Doc. 41), and allow him to pursue discovery (Doc. 44) are DENIED.

IT IS SO ORDERED this 7th day of August, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE